AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fischer, Dale S | U.S. Dist. Ct. - CA (Central) | 05/01/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Roybal Federal Building <br> 255 E. Temple St., Suite 830 <br> Los Angeles, CA 90012 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | $ 0.0 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

# FINANCIAL DISCLOSURE REPORT
Page 4 of 11

Name of Person Reporting

Fischer, Dale S

Date of Report

05/01/2006

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger. redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rollover IRA - Schwab | A | Dividend | N | T | | | | | |
| 2. --ADSK common stock | | | | | buy | 9/07 | J | | |
| 3. | | | | | buy | 11/14 | J | | |
| 4. | | | | | sell | 11/18 | J | | |
| 5. --AMGN common stock | | | | | | | | | |
| 6. --AMHC common stock | | | | | buy | 8/01 | J | | |
| 7. | | | | | buy | 11/14 | J | | |
| 8. --ANSI common stock | | | | | buy | 1/25 | J | | |
| 9. | | | | | sell | 11/09 | K | | |
| 10. --ARO common stock | | | | | buy | 5/09 | J | | |
| 11. | | | | | sell | 8/24 | J | B | |
| 12. --ARTC | | | | | buy | 8/24 | J | | |
| 13. --BBBY common stock | | | | | partsell | 1/25 | K | | |
| 14. --BRCD common stock | | | | | sell | 5/09 | J | | |
| 15. --BRCM common stock | | | | | | | | | |
| 16. --CDWC common stock | | | | | partsell | 6/15 | J | | |
| 17. | | | | | partsell | 8/01 | J | | |

1. Income Gain Codes:        A  $1,000 or less         B  $1,001 - $2,500        C  $2,501 - $5,000        D  $5,001 - $15,000        E  $15,001 - $50,000
   (See Columns B1 and D4)   F  $50,001 - $100,000    G  $100,001 - $1,000,000  H1  $1,000,001 - $5,000,000  H2  More than $5,000,000
2. Value Codes:              J  $15,000 or less       K  $15,001 - $50,000      L  $50,000 - $100,000     M  $100,001 - $250,000
   (See Columns C1 and D3)   N  $250,001 - $500,000   O  $500,001 - $1,000,000  P1  $1,000,001 - $5,000,000  P2  $5,000,001 - $25,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Dale S | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer seller (if private transaction) |
| 18. | | | | | sell | 9/07 | J | | |
| 19. --CHKP common stock | | | | | | | | | |
| 20. --CHS common stock | | | | | | | | | |
| 21. --CSCO common stock | | | | | | | | | |
| 22. --COH common stock | | | | | buy | 11/14 | J | | |
| 23. --CNCT common stock | | | | | buy | 3/09 | J | | |
| 24. | | | | | buy | 3/10 | J | | |
| 25. | | | | | sell | 6/14 | J | | |
| 26. --CTSH common stock | | | | | buy | 1/25 | J | | |
| 27. --DNA common stock | | | | | buy | 1/25 | J | | |
| 28. --EBAY common stock | | | | | | | | | |
| 29. --ELAB common stock | | | | | sell | 3/08 | J | | |
| 30. --GILD common stock | | | | | | | | | |
| 31. --GOOG common stock | | | | | buy | 11/14 | J | | |
| 32. --KSS common stock | | | | | | | | | |
| 33. --KYPH common stock | | | | | buy | 3/09 | J | | |
| 34. --LSCP common stock | | | | | buy | 6/15 | J | | |

| 1. Income Gain Codes: | A  S1,000 or less | B  S1,001 - S2,500 | C  S2,501 - S5,000 | D  S5,001 - S15,000 | E  S15,001 - S50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F  S50,001 - S100,000 | G  S100,001 - S1,000,000 | H1  S1,000,001 - S5,000,000 | H2  More than S5,000,000 | |
| 2. Value Codes | J  S15,000 or less | K  S15,001 - S50,000 | L  S50,001 - S100,000 | M  S100,001 - S250,000 | |
| (See Columns C1 and D3) | N  S250,001 - S500,000 | O  S500,001 - S1,000,000 | P1  S1,000,001 - S5,000,000 | P2  S5,000,001 - S25,000,000 | |

# FINANCIAL DISCLOSURE REPORT
Page 6 of 11

Name of Person Reporting

Fischer, Dale S

Date of Report

05/01/2006

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy. sell. merger. redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | buy | 9/07 | J | | |
| 36. | | | | | sell | 11/09 | J | | |
| 37. --MDT common stock | | | | | sell | 8/01 | J | | |
| 38. --MNST common stock | | | | | buy | 11/22 | J | | |
| 39. --MRVL common stock | | | | | buy | 8/24 | J | | |
| 40. --NTAP common stock | | | | | | | | | |
| 41. --ORCL common stock | | | | | sell | 1/25 | J | | |
| 42. --PFCB common stock | | | | | | | | | |
| 43. --PAYX common stock | | | | | sell | 8/24 | J | | |
| 44. --PWER common stock | | | | | sell | 5/09 | J | | |
| 45. --QCOM common stock | | | | | | | | | |
| 46. --SPLS common stock | | | | | partsell | 1/25 | J | | |
| 47. | | | | | partsell | 3/08 | J | | |
| 48. | | | | | sell | 9/07 | J | | |
| 49. --SBUX common stock | | | | | partsell | 1/25 | J | B | |
| 50. | | | | | partsell | 3/08 | J | A | |
| 51. --SNPS commonstock | | | | | | | | | |

| 1. Income Gain Codes: | A  S1,000 or less | B  S1,001 - S2,500 | C  S2,501 - S5,000 | D  S5,001 - S15,000 | E  S15,001 - S50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F  S50,001 - S100,000 | G  S100,001 - S1,000,000 | H1  S1,000,001 - S5,000,000 | H2  More than S5,000,000 | |
| 2. Value Codes | J  S15,000 or less | K  S15,001 - S50,000 | L  S50,001 - S100,000 | M  S100,001 - S250,000 | |
| (See Columns C1 and D3) | N  S250,001 - S500,000 | O  S500,001 - S1,000,000 | P1  S1,000,001 - S5,000,000 | P2  S5,000,001 - S25,000,000 | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer seller (if private transaction) |
| 52. --VRSN common stock | | | | | | | | | |
| 53. --WPI common stock | | | | | sell | 1/25 | J | | |
| 54. --YHOO common stock | | | | | buy | 1/25 | J | | |
| 55. | | | | | buy | 9/07 | J | | |
| 56. --Schwab Money Market | | | | | | | | | |
| 57. Credit Suisse Lg Cap Value Cl A (fmr Strat Value) | C | Dividend | M | T | | | | | |
| 58. Cred. S. Glob Sm Cap (fmr. Post-Venture Capital Fund) | | None | J | T | | | | | See Part VIII |
| 59. Cred. S. Glo Sm Cap A (fmr Post Vent Cap Cl A) | | None | K | T | | | | | See Part VIII |
| 60. Brokerage Account - Schwab | | None | J | T | | | | | |
| 61. --Bender Growth Fund | | | | | | | | | |
| 62. Contributory IRA - Schwab | | None | K | T | | | | | |
| 63. -- Bender Growth Fund | | | | | | | | | |
| 64. Vanguard 500 Index Fund Adm- IRA (fmr Index Fund Inv) | B | Dividend | L | T | contrib | 3/07 | J | | |
| 65. Wells Fargo Bank Account | A | Interest | K | T | | | | | |
| 66. Fidelity Magellan Mutual Fund | A | Dividend | L | T | | | | | |
| 67. E*Trade Brokerage Account | | | | | | | | | |
| 68. --E*Trade Money Market Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A  $1,000 or less | B  $1,001 - $2,500 | C  $2,501 - $5,000 | D  $5,001 - $15,000 | E  $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F  $50,001 - $100,000 | G  $100,001 - $1,000,000 | H1  $1,000,001 - $5,000,000 | H2  More than $5,000,000 | |
| 2. Value Codes | J  $15,000 or less | K  $15,001 - $50,000 | L  $50,001 - $100,000 | M  $100,001 - $250,000 | |
| (See Columns C1 and D3) | N  $250,001 - $500,000 | O  $500,001 - $1,000,000 | P1  $1,000,001 - $5,000,000 | P2  $5,000,001 - $25,000,000 | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 69. --MMM common stock | A | Dividend | J | T | | | | | |
| 70. --CAT common stock | A | Dividend | J | T | | | | | |
| 71. --CVX common stock | A | Dividend | J | T | | | | | |
| 72. --DELL common stock | | None | J | T | | | | | |
| 73. --XOM common stock | A | Dividend | J | T | | | | | See Part VIII |
| 74. --GGP common stock | A | Dividend | J | T | distrib | 8/26 | J | | See Part VIII |
| 75. --JPM common stock | A | Dividend | J | T | | | | | |
| 76. --QCOM common stock | A | Dividend | K | T | | | | | |
| 77. 457 Plan | A | Interest | K | T | | | | | |
| 78. -- SSGA S&P 500 Flagship Fund Series C | | | | | | | | | |
| 79. --LA County Stable Income Fund | | | | | | | | | |
| 80. 401(k) Plan | D | Interest | M | T | | | | | |
| 81. -- T.Rowe Price International Stock Fund (TR-INS) | | | | | transfer out | 2/09 | K | | |
| 82. --SSGA S&P 500 Flagship Fund Series C | | | | | | | | | |
| 83. --Stable Value Fund (PC-SUF) | | | | | | | | | |
| 84. --MFS Instl Int Equity | | | | | transfer in | 2/09 | K | | |
| 85. | | | | | transfer out | 8/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A S1,000 or less | B S1,001 - S2,500 | C S2,501 - S5,000 | D S5,001 - S15,000 | E S15,001 - S50,000 |
| --- | --- | --- | --- | --- | --- |
| | F S50,001 - S100,000 | G S100,001 - S1,000,000 | H1 S1,000,001 - S5,000,000 | H2 More than S5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J S15,000 or less | K S15,001 - S50,000 | L S50,001 - S100,000 | M S100,001 - S250,000 | |
| | N S250,001 - S500,000 | O S500,001 - S1,000,000 | P1 S1,000,001 - S5,000,000 | P2 S5,000,001 - S25,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Dale S | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --ICM Small Cap Fund | | | | | transfer in | 8/15 | K | | |
| 87. E*Trade Bank Account | A | Interest | K | T | buy | 8/16 | K | | |

1. Income Gain Codes:  A  $1,000 or less  B  $1,001 - $2,500  C  $2,501 - $5,000  D  $5,001 - $15,000  E  $15,001 - $50,000
(See Columns B1 and D4)  F  $50,001 - $100,000  G  $100,001 - $1,000,000  H1  $1,000,001 - $5,000,000  H2  More than $5,000,000
2. Value Codes  J  $15,000 or less  K  $15,001 - $50,000  L  $50,001 - $100,000  M  $100,001 - $250,000
(See Columns C1 and D3)  N  $250,001 - $500,000  O  $500,001 - $1,000,000  P1  $1,000,001 - $5,000,000  P2  $5,000,001 - $25,000,000

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. Investments and Trusts

General Growth Properties ("GGP") acquired Rouse in a cash merger in 2004 (2004 report, ln.60) and assumed Rouse's obligation to make a distribution of stock under an agreement between Rouse and former shareholders of Hughes Corporation.

Exxon Mobil should have been listed on 2004 report as "J," not "K" (2004 report, ln. 72)

Lines 58 and 59 of this report - Credit Suisse statement ending 12/31/04 shows these accounts as Post-Venture Capital Fund and Post-Venture Capital Fund CL A (see 2004 report at lns. 51 and 52). Statement beginning 1/1/05 shows the account names as listed on lns. 58 and 59 of this report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date  5-1-06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544